LI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

**JUDGE NORGLE**

JUL 1 0 2008

UNITED STATES OF AMERICA     )

                             )      Case No.  **08 CR 546**

    v.                       )

                             )      Violation:  Title 18, United States

ALFRED WEISS                 )      Code, Section 1204(a)

**MAGISTRATE JUDGE JEFFREY COLE**
**UNITED STATES DISTRICT COURT**

**MAGISTRATE JUDGE MASON**

The SPECIAL JUNE 2007 GRAND JURY charges:

Beginning no later than on or about May 18, 2008, and continuing until at least on or about July 9, 2008, at Germany and elsewhere,

ALFRED WEISS,

defendant herein, retained outside the United States, namely in Germany, a child, Individual A, who had been in the United States, with intent to obstruct the lawful exercise of the parental rights of the child's mother, Individual B;

In violation of Title 18, United States Code, Section 1204(a).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY